**Order entered July 2, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00070-CV

**FLASHDANCER, INC., Appellant**

**V.**

**JOHN FULCHER III, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11379**

## ORDER

The reporter's record in this appeal is past due. By postcard dated April 20, 2021, we notified the Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. After Ms. Dobbins responded that the reporter's record had not been filed because the record had not been requested nor payment arrangements made, we notified appellant. On April 30, 2021, appellant responded that it had attempted to obtain information regarding the cost of the

record, and it was ready to pay for the record. By order dated May 5, 2021, we again notified Ms. Dobbins that the reporter's record was overdue, directed her to the January 15, 2021 request for the reporter's record contained in the clerk's record, and ordered her to file the reporter's record within thirty days.

To date, the reporter's record has not been filed and Ms. Dobbins has not otherwise communicated with the Court regarding the reporter's record.

Accordingly, we **ORDER** Vielica Dobbins to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification that appellant has been notified of the cost of the record and has not yet paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification it has been notified of the cost for the reporter's record and has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Dobbins that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Dobbins comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Bridgett N. Whitmore
Presiding Judge

134th Judicial District Court

Vielica Dobbins
Official Court Reporter
134th Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE